# LUM, DRASCO & POSITAN LLC

COUNSELORS AT LAW

103 EISENHOWER PARKWAY – SUITE 401
ROSELAND, NJ 07068-1049
(973) 403-9000

NEW YORK OFFICE
70 East 55th Street, 19th Floor
New York, NY 10022
(212) 775-9002

FAX (973) 403-9021

www.lumlaw.com

SCOTT E. REISER

ALSO ADMITTED IN NEW YORK

WRITER'S DIRECT LINE:
(973) 228-6738

SREISER@LUMLAW.COM

October 23, 2023

*Via PACER*

Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

      Re:    *John Doe v. First Advantage Background Services Corp.*
              *Case No. 3:23-cv-21072-MAS-RLS*

Dear Judge Singh:

      This Firm represents Defendant, First Advantage Background Services Corp. ("First Advantage"), in the above-referenced matter. Plaintiff, John Doe ("Plaintiff"), has filed a Motion for Leave to Proceed under Pseudonym, or for alternative relief, which is presently returnable on November 6, 2023. First Advantage received a copy of Plaintiff's Motion when it received Plaintiff's Summons and Complaint in this matter on or about October 13, 2023. First Advantage's present deadline to respond to the motion is today, October 23, 2023.

      In that regard, First Advantage respectfully requests that the Court adjourn Plaintiff's Motion to November 20, 2023, so that we may have sufficient time to prepare a response to the Motion. If ordered, First Advantage's response would be due no later than November 6, and Plaintiff's reply would be due no later than November 13, 2023. Counsel for Plaintiff has consented to this request.

      Should this request be acceptable to the Court, we respectfully request that Your Honor enter this letter as "So Ordered".

#766811v1

# LUM, DRASCO & POSITAN LLC

Hon. Rukhsanah L. Singh, U.S.M.J.
October 23, 2023
Page 2

Thank you for Your Honor's courtesies and attention to this matter.

                Respectfully submitted,

                LUM, DRASCO & POSITAN LLC

                /s/ *Scott E. Reiser*

                SCOTT E. REISER
                A Member of the Firm

cc: Levi Y. Edelman, Esq. (via PACER and electronic mail)

**IT IS SO ORDERED.**

SIGNED THIS 23rd DAY OF October, 2023

_____
HON. RUKHSANAH L. SINGH, U.S.M.J.

#766811v1